**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GREEN, | No. C07-3433 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for October 10, 2007 at 1:30 p.m. is reset for **December 12, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Statement shall be filed by December 5, 2007.

Dated: October 1, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy