DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
DONALD P. MARGOLIS, State Bar #116588
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853
Facsimile:      (415) 554-3837
E-Mail:          don.margolis@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD GREEN,<br><br>                  Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICAHEL WILLIAMS, RAMON BUNAG, ESTHER GRAZIZO and Does 1-50, inclusive,<br><br>                  Defendants. | Case No. C 07-3433 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
|---|---|

Defendant City and County of San Francisco declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and requests the reassignment

///
///
///
///
///

1
DECLINATION TO PROCEED BEFORE MAGISTRATE, No. C 07-3433 EMC         N:\LIT\LI2007\080465\00444190.DOC

1 | of this case to a United States District Judge.

2 | Dated: October 19, 2007

                                DENNIS J. HERRERA
                                City Attorney
                                JOANNE HOEPER
                                Chief Trial Deputy
                                DONALD P. MARGOLIS
                                Deputy City Attorney

                        By:_____
                                DONALD P. MARGOLIS
                                Attorneys for Defendant
                                CITY AND COUNTY OF SAN FRANCISCO