1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3853
6  Facsimile:     (415) 554-3837
   E-Mail:        don.margolis@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD GREEN, | Case No. C 07-3433 MMC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRAZIZO and Does 1-50, inclusive, | |
| Defendants. | |

**RECITALS**

A.  Plaintiff served the summons and complaint in this action on defendant City and County of San Francisco ("the City") on or about October 11, 2007.  The San Francisco City Attorney's Office, attorney of record for the City, has just begun its investigation of the complaint.

B.  The City Attorney's Office is also attempting to ascertain the status of service of the summons and complaint on the individual police officer defendants, who consist of Thomas Abrahamsen, Lorenzo Adamson, David Oberhoffer, Jerry King, and Michael Williams.  The City and these individual defendants are referred to as "the public entity defendants."

C.  The public entity defendants require additional time to complete their initial investigation as described above.

Accordingly, the parties hereto, through their attorneys of record, stipulate as follows:

**STIPULATION**

The parties agree that the public entity defendants shall have an additional 28 days beyond their deadline to respond to the complaint otherwise provided by law.  The time for defendant City and County of San Francisco to respond is therefore extended from October 31, 2007 through and including November 28, 2007.  The time for every other police personnel defendant to respond is likewise extended 28 beyond the date they otherwise would be required to respond.

Dated:  October 31, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
DONALD P. MARGOLIS
Deputy City Attorney

By: /s/
DONALD P. MARGOLIS
Attorneys for Public Entity Defendants

Dated:  October 31, 2007

LAW OFFICES OF KENNETH N. FRUCHT

By: /s/
KENNETH N. FRUCHT
Attorneys for Plaintiff Ronald Green