| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961<br>Chief Trial Attorney |
| 3 | DONALD P. MARGOLIS, State Bar #116588<br>Deputy City Attorney |
| 4 | Fox Plaza<br>1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:    (415) 554-3853 |
| 6 | Facsimile:    (415) 554-3837<br>E-Mail:    don.margolis@sfgov.org |
| 7 | |
| 8 | Attorneys for Defendants |
| 9 | CITY AND COUNTY OF SAN FRANCISCO,<br>THOMAS ABRAHAMSEN, LORENZO ADAMSON, |
| 10 | DAVID OBERHOFFER, JERRY KING,<br>and MICHAEL WILLIAMS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GREEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRAZIZO and Does 1-50, inclusive,<br><br>        Defendants. | Case No. C 07-3433 MMC<br><br>**STIPULATION DISMISSING WITH PREJUDICE FIFTH CLAIM FOR RELIEF FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS** |

Under Rule 41(a) of the Federal Rule of Civil Procedure, plaintiff Ronald Green Green ("plaintiff") and defendants City and County of San Francisco, Thomas Abrahamsen, Lorenzo Adamson, David Oberhoffer, Jerry King, and Michael Williams ("the Municipal Defendants ")

///

///

///

1 stipulate to the dismissal with prejudice of the Fifth Claim for Relief for Intentional Infliction of
2 Emotional Distress against the Municipal Defendants only.
3 Dated: November 28, 2007

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Attorney
        DONALD P. MARGOLIS
        Deputy City Attorney

        By:_____/s/_____
        DONALD P. MARGOLIS
        Attorney for Municipal Defendants

Dated: November 28, 2007

        LAW OFFICES OF KENNETH N. FRUCHT

        By:_____/s/_____
        KENNETH N. FRUCHT
        Attorney for Plaintiff Ronald Green