1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3853
6  Facsimile:    (415) 554-3837
   E-Mail:       don.margolis@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
THOMAS ABRAHAMSEN, LORENZO ADAMSON,
DAVID OBERHOFFER, JERRY KING, MICHAEL
WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD GREEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO and Does 1-50, inclusive,<br><br>　　　　Defendants. | Case No. C 07-3433 MMC<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS** |
|---|---|

　　　　The undersigned certifies that, as of this date, other than the named parties, there is no interest within the meaning of Civil L.R. Rule 3-16 to report.

1 Dated: November 29, 2007

2                               DENNIS J. HERRERA
                              City Attorney
3                               JOANNE HOEPER
                              Chief Trial Deputy
4                               DONALD P. MARGOLIS
                              Deputy City Attorney
5

6                         By:_____
                                DONALD P. MARGOLIS
7
                              Attorneys for Defendants
8                               CITY AND COUNTY OF SAN FRANCISCO,
                              THOMAS ABRAHAMSEN, LORENZO ADAMSON,
9                               DAVID OBERHOFFER, JERRY KING, AND
                              MICHAEL WILLIAMS
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28