Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO.: C 07-3433 MMC<br><br>DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS |

　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 30, 2007　　　　　　　　　　　LAW OFFICES OF KENNETH FRUCHT


　　　　　　　　　　　　　　　　　　　　　_____s_____
　　　　　　　　　　　　　　　　　　　　　Kenneth N. Frucht
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

-1-

**COMPLAINT**