# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Green,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>City and County of San Francisco,<br><br>                    Defendant(s). | 07-03433 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: December 3, 2007

                      RICHARD W. WIEKING
                      Clerk
                      by:    Timothy J. Smagacz

                      _____
                      ADR Administrative Assistant
                      415-522-4205
                      Tim_Smagacz@cand.uscourts.gov

*United States District Court*
*Northern District of California*

**Notice Re: Noncompliance With Court Order**
07-03433 MMC                                      -2-

PROOF OF SERVICE

Case Name:      Green v. City and County of San Francisco

Case Number:    07-03433 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On December 3, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Kenneth N. Frucht
> Law Offices of Kenneth Frucht
> 120 Montgomery Street, Suite 1600
> San Francisco, CA 94104
> Kfrucht@gmail.com
>
> Donald Paul Margolis
> S.F. City Attorney's Office
> 1390 Market St. 6th fl
> San Francisco, CA 94102
> don.margolis@sfgov.org
>
> Ramon Bunag
> ,
>
> Esther Granizo
> ,

[ ] by Facsimile, I caused said documents to be transmitted to the following

parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 3, 2007 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        */s/ Timothy Smagacz*
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov