## CIVIL MINUTES

**Judge MAXINE M. CHESNEY**

E-Filing

Date: DEC - 7 2007

C - 07 - 3433 - MMC

RONALD GREEN    v    City & County of San Francisco

Attorneys: Kenneth Feucht    Donald Margolis

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference [INITIAL]

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 8/29/08.
Meet & confer by 10/14/08. Joint statement due by 8/22/08.

(✓) ORDER TO BE PREPARED BY:    Plntf____ Deft____ Court ✓

(✓) Referred to Magistrate For: settlement conference before Mag. James
    (✓) By Court
(✓) CASE CONTINUED TO 8/29/08 @ 10:30 for Further Status Conference

Discovery Cut-Off 6/20/08    Expert Discovery Cut-Off 8/15/08

π/Δ Plntf to Name Experts by 7/11/08    π/Δ Rebuttal Deft to Name Experts by 7/25/08

P/T Conference Date 11/18/08 @ 3:00    Trial Date 12/1/08 @ 9:00    Set for 10-14 days
Type of Trial: (✓) Jury    ( ) Court

Notes: No appearance by private Δs - π intends on filing motion for default.

cc: Wings, Brenda