1  ESTHER GRANIZO
   **Name and Address**
2  126 IRVINGTON ST
3  DALY CITY, CA 94014

**FILED**

JAN 16 PM 1:3

JAN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Ronald Green
**Plaintiff / Petitioner**

VS.

ESTHER GRANIZO
**Defendant / Respondent**

Case No. 07-3433 MMC

**Document Name:**

Ronald Green against Esther granizo, et al

ESTHER GRANIZO
126 Irvington St
Daly City, CA 94014

DATED: 1-14-08

TO: Richard W. Wieking
450 Golden Gate Avenue 16th floor
San Francisco, CA 94102

RE: Case #
Ronald Green against Esther Granizo et al…

Dear Hon. Court

Please be informed, that I am in receipt of the claim complaints of Ronald Green per Case Number # 3433

Following this, am trying to obtain the lawyer to help me with the case.

Ver respectfully:

Esther Granizo