CITY AND COUNTY OF SAN FRANCISCO     OFFICE OF THE CITY ATTORNEY



DENNIS J. HERRERA     DONALD P. MARGOLIS
City Attorney     Deputy City Attorney

DIRECT DIAL:  (415) 554-385
E-MAIL:  don.margolis@sfgov.org

March 10, 2008

Hon. Maria-Elena James
United States District Court
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA

    Re: *Ronald Green v. CCSF, et al.*
  United States District Court No. C 07-3433 MMC

Dear Judge James:

    This will confirm that the parties have agreed to move the settlement conference from March 10, 2008 to June 13, 2008 at 10:00 a.m..

                     Very truly yours,

                     DENNIS J. HERRERA
                      City Attorney

                     /s/

                     DONALD P. MARGOLIS
                      Deputy City Attorney

cc:     Kenneth Frucht, Esq.

FOX PLAZA · 1390 MARKET STREET, SUITE # OR FLOOR # · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-????  ·  FACSIMILE: (415) 554-????

n:\lit\li2007\080465\00470967.doc