Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GREEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO, and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO.: C 07-3433 MMC<br><br>REQUEST FOR ENTRY OF DEFAULT |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Ronald Green hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Ramon Bunag on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant Ramon Bunag on October 23, 2007, as evidenced by the proof of service on file in this case, which is Document 19 of the Court's electronic files.

Additionally, Plaintiff Ronald Green hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Esther Granizo on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on defendant Esther Granizo on October 23, 2007, as evidenced by the proof of service on file in this case, which is Document

-1-

REQUEST FOR DEFAULT

1  20 of the Court's electronic files.

2      The above stated facts are set forth in the accompanying declaration of Kenneth Frucht filed

3  herewith.

6  Dated: April 10, 2008                LAW OFFICES OF KENNETH FRUCHT

                                         _____/s/_____
                                         Kenneth N. Frucht
                                         Attorney for Plaintiff

**REQUEST FOR DEFAULT**

# DECLARATION OF KENNETH FRUCHT

I, Kenneth Frucht, declare as follows, with personal knowledge as to matters upon which I have such knowledge, and upon information and belief as to all other matters herein:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California and the attorney of record for the plaintiff in the above matter.

2. All of the matters set forth herein, except as to those matters based upon my information and belief, are known to me personally, and if called as a witness, I could testify competently thereto.

3. Ramon Bunag and Esther Granizo are defendants in this action. Ramon Bunag was served with the complaint on October 23, 2007. Attached hereto as Exhibit A is the proof of service on Ramon Bunag that is on file with the Court as Document 19.

4. Esther Granizo was served with the complaint on October 23, 2007. Attached hereto as Exhibit B is the proof of service on Esther Granizo that is on file with the Court as Document 20.

5. Neither Ramon Bunag or Esther Granizo have answered or appeared. Esther Granizo wrote a letter to the Court dated January 14, 2008 indicating that she was seeking counsel. However, there has been no answer, filing, or appearance by Esther Granizo since that time.

I declare under penalty of perjury of the laws of the State of California that the aforementioned statements are true and correct and that this declaration was executed on April 10, 2008, in San Francisco, California.

By:_____/s/_____
     KENNETH FRUCHT

REQUEST FOR DEFAULT