KENNETH N. FRUCHT (SBN 178881)
KENNETH N. FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 392-4844
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : RONALD GREEN

Defendant : CITY AND COUNTY OF SAN FRANCISCO, et al.

Ref#: 224242      *    **PROOF OF SERVICE**     Case No.: C07-3433 EMC

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DAMAGES; CLERK'S NOTICE; U.S. DISTRICT COURT INFORMATION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ECF REGISTRATION HANDOUT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

in the within action by personally delivering true copies thereof to the person named below, as follows:

         Party served     : ESTHER GRANIZO

         By serving       : Evelyn Eglan, Sibbling

         Address          : (Home)
                            126 Irvington Street
                            Daly City, CA 94014

         Date of Service: October 23, 2007

         Time of Service: 7:34 PM

Person who served papers:
KURT W. SEDERMAN
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $195.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 641
(iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 24, 2007                    Signature