**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 14, 2008

RE: CV 07-03433 MMC   RONALD GREEN -v- SF CITY AND COUNTY

Default is entered as to defendant(s) Ramon Bunag and Esther Granizo on 4/14/08. All parties noticed via e-mail or U.S. mail.

RICHARD W. WIEKING, Clerk

by Alfred Amistoso
Case Systems Administrator

NDC TR-4  Rev. 3/89