1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3853
6  Facsimile:     (415) 554-3837
   E-Mail:        don.margolis@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
THOMAS ABRAHAMSEN, LORENZO ADAMSON,
DAVID OBERHOFFER, JERRY KING, MICHAEL
WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD GREEN, | Case No. C 07-3433 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER CONTINUING JUNE 13, 2008 SETTLEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO and Does 1-50, inclusive, | |
| Defendants. | |

1 | To enable the parties to complete written discovery and depositions that they consider to be essential to a meaningful settlement conference, and to accommodate long-planned vacation absences in June and July for the parties' counsel, the parties hereto, through their undersigned counsel, stipulate to the entry of an order continuing the settlement conference from June 13, 2008 to August 15, 2008 at 10:00 a.m., and to continue the deadline for submittal of settlement conference statements from June 6 to August 8, 2008. This new date remains within the operative case management order's deadline of October 17, 2008 for completion of a settlement conference.

Dated:  June 5, 2008                                  DENNIS J. HERRERA
                                                      City Attorney
                                                      JOANNE HOEPER
                                                      Chief Trial Attorney
                                                      DONALD P. MARGOLIS
                                                      Deputy City Attorney

                                              By:              /s/
                                                      DONALD P. MARGOLIS
                                                      Attorneys for Defendants
                                                      [The filer of this document attests that concurrence in the filing of
                                                      this document has been obtained from plaintiff's attorney below,
                                                      and shall serve in lieu of his signature.]

Dated:  June 5, 2008                                  LAW OFFICES OF KENNETH N. FRUCHT

                                              By:              /s/
                                                      KENNETH N. FRUCHT
                                                      Attorneys for Plaintiff


**ORDER**


BASED ON THE ABOVE STIPULATION, IT IS SO ORDERED.


                                              By:_____
                                                      HONORABLE MARIA-ELENA JAMES
                                                      UNITED STATES MAGISTRATE JUDGE