1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | DONALD P. MARGOLIS, State Bar #116588
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3853
6 | Facsimile:    (415) 554-3837
E-Mail:    don.margolis@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
THOMAS ABRAHAMSEN, LORENZO ADAMSON,
DAVID OBERHOFFER, JERRY KING, MICHAEL
WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD GREEN, | Case No. C 07-3433 MMC |
|---|---|
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER CONTINUING JUNE 13, 2008 SETTLEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO and Does 1-50, inclusive, | |
| Defendants. | |

To enable the parties to complete written discovery and depositions that they consider to be essential to a meaningful settlement conference, and to accommodate long-planned vacation absences in June and July for the parties' counsel, the parties hereto, through their undersigned counsel, stipulate to the entry of an order continuing the settlement conference from June 13, 2008 to August 15, 2008 at 10:00 a.m., and to continue the deadline for submittal of settlement conference statements from June 6 to August 8, 2008.  This new date remains within the operative case management order's deadline of October 17, 2008 for completion of a settlement conference.

Dated:  June 5, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
DONALD P. MARGOLIS
Deputy City Attorney

By:_____/s/_____
DONALD P. MARGOLIS
Attorneys for Defendants

[The filer of this document attests that concurrence in the filing of this document has been obtained from plaintiff's attorney below, and shall serve in lieu of his signature.]

Dated:  June 5, 2008

LAW OFFICES OF KENNETH N. FRUCHT

By:_____/s/_____
KENNETH N. FRUCHT
Attorneys for Plaintiff

**ORDER**

BASED ON THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated:  June 12, 2008

By:_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE