1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3853
6  Facsimile:      (415) 554-3837
   E-Mail:          don.margolis@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  THOMAS ABRAHAMSEN, LORENZO ADAMSON,
   DAVID OBERHOFFER, JERRY KING, MICHAEL
10 WILLIAMS

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14 RONALD GREEN,                          Case No. C 07-3433 MMC

15              Plaintiff,                 **STIPULATION AND [PROPOSED]**
                                           **ORDER TO MODIFY PRETRIAL**
16        vs.                              **PREPARATION ORDER**

17 CITY AND COUNTY OF SAN                  **[Civ. Loc. R. 7-11]**
   FRANCISCO, THOMAS
18 ABRAHAMSEN, LORENZO
   ADAMSON, DAVID OBERHOFFER,
19 JERRY KING, MICHAEL WILLIAMS,
   RAMON BUNAG, ESTHER GRANIZO
20 and Does 1-50, inclusive,

21              Defendants.

22

23

24

25

26

27

28

The undersigned parties, through their attorneys of record, stipulate to the entry of an order modifying the Pretrial Preparation Order, filed December 10, 2007 ("Pretrial Preparation Order") as follows for the reasons stated below:

**RECITALS**

A.    The parties have diligently litigated this case since its inception.  They have served written discovery, and begun depositions.  Based on witness unavailability, delays in obtaining subpoeanaed documents, and attorney and party vacation schedules, and, in the case of one defendant, temporary unavailability because of medical issues, counsel have been delayed in completing discovery tasks, including depositions, that they deem necessary for adequate preparation of this case for trial.  In light of these difficulties, counsel agree that the current discovery cutoff and dispositive motion dates are unworkable.

B.    The parties wish to modify the Pretrial Preparation Order to allow them to complete necessary discovery, including meaningful expert designations.

**AGREEMENT**

For the foregoing reasons, the parties stipulate to entry of an order as follows:

1.    The following discovery-related and dispositive motion deadlines shall be modified as follows:

| Event | Current deadline | Proposed deadline |
|---|---|---|
| 1.  Non-expert discovery cutoff | June 20, 2008 | August 22, 2008 |
| 2.  Designation of experts | July 11, 2008 | September 12, 2008 |
| 3.  Rebuttal of experts | July 25, 2008 | September 26, 2008 |
| 4.  Expert discovery cutofff | August 15, 2008 | October 10, 2008 |
| 5.  Dispositive motions filed | August 29, 2008 | September 5, 2008 |

2.    The following schedule shall not be modified:

a.    Further status conference statement:  August 22, 2008;

b.    Further status conference:  August 29, 2008;

c.    Meet and confer re pretrial statement:  October 14, 2008;

1      d.      Deadline to conduct settlement conference before Magistrate Judge James:

2  October 17, 2008;

3      e.      Joint pretrial statement, with proposed jury instructions, exhibits, and motions

4  in limine:  November 3, 2008;

5      f.      Opposition to motions in limine:  November 10, 2008;

6      g.      Filing of list of exhibits with stipulations and objections and objections to other

7  evidence, and voir dire and verdict forms:  November 17, 2008;

8      h.      Pretrial conference:  November 18, 2008; and

9      i.      Jury trial:  December 1, 2008.

10  Dated:  June 17, 2008

11                          DENNIS J. HERRERA
                           City Attorney
12                          JOANNE HOEPER
                           Chief Trial Attorney
13                          DONALD P. MARGOLIS
                           Deputy City Attorney
14

15                     By:_____/s/_____
                           DONALD P. MARGOLIS
16                          Attorneys for Defendants
                           [The filer of this document attests that concurrence in the filing of
17                          this document has been obtained from plaintiff's attorney below,
                           and shall serve in lieu of his signature.]
18

19
   Dated:  June 17, 2008
20

21                          LAW OFFICES OF KENNETH N. FRUCHT

22                     By:_____/s/_____
                           KENNETH N. FRUCHT
23                          Attorney for Plaintiff

24

25

26

27

28

Order Pursuant to Stipulation                    3                    n:\lit\li2008\080465\00488757.doc
USDC NO.  **C07-3433**

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

RONALD GREEN,

Case No. C 07-3433 MMC

13

Plaintiff,

**[PROPOSED] ORDER MODIFYING**
**PRETRIAL PREPARATION ORDER**

14

vs.

15

CITY AND COUNTY OF SAN
FRANCISCO, THOMAS

16

ABRAHAMSEN, LORENZO
ADAMSON, DAVID OBERHOFFER,

17

JERRY KING, MICHAEL WILLIAMS,
RAMON BUNAG, ESTHER GRANIZO

18

and Does 1-50, inclusive,

19

Defendants.

20
21
22
23
24
25
26
27
28

Based on the parties' stipulation, and for good cause shown,

**IT IS ORDERED THAT**:

1.      The Pretrial Preparation Order filed December 10, 2007 shall be modified as follows:

| Event | Current deadline | New deadline |
|---|---|---|
| a.  Non-expert discovery cutoff | June 20, 2008 | August 22, 2008 |
| b.  Designation of experts | July 11, 2008 | September 12, 2008 |
| c.  Rebuttal of experts | July 25, 2008 | September 26, 2008 |
| d.  Expert discovery cutofff | August 15, 2008 | October 10, 2008 |
| e.  Dispositive motions filed | August 29, 2008 | September 5, 2008 |

2.      The remaining dates specified in the Pretrial Preparation Order Case Management shall remain unchanged.

**IT IS SO ORDERED.**

DATED:_____

_____
HON. MAXINE M. CHESNEY
United States District Judge