UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GREEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO and Does 1-50, inclusive,<br><br>　　　　Defendants. | Case No. C 07-3433 MMC<br><br>[PROPOSED] **ORDER MODIFYING PRETRIAL PREPARATION ORDER** |

Based on the parties' stipulation, and for good cause shown,

**IT IS ORDERED THAT**:

1. The Pretrial Preparation Order filed December 10, 2007 shall be modified as follows:

| Event | Current deadline | New deadline |
|---|---|---|
| a. Non-expert discovery cutoff | June 20, 2008 | August 22, 2008 |
| b. Designation of experts | July 11, 2008 | September 12, 2008 |
| c. Rebuttal of experts | July 25, 2008 | September 26, 2008 |
| d. Expert discovery cutofff | August 15, 2008 | October 10, 2008 |
| e. Dispositive motions filed | August 29, 2008 | September 5, 2008 |

2. The remaining dates specified in the Pretrial Preparation Order Case Management shall remain unchanged.

**IT IS SO ORDERED.**

DATED: June 19, 2008

_____
HON. MAXINE M. CHESNEY
United States District Judge