

CITY AND COUNTY OF SAN FRANCISCO

DENNIS J. HERRERA
City Attorney

OFFICE OF THE CITY ATTORNEY

DONALD P. MARGOLIS
Deputy City Attorney

DIRECT DIAL:    (415) 554-385
E-MAIL:        don.margolis@sfgov.org

August 5, 2008

Hon. Maria-Elena James
United States District Court
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA

> Re:    *Ronald Green v. CCSF, et al.*
>        United States District Court No. C 07-3433 MMC

Dear Judge James:

This will confirm that the parties have agreed to move the settlement conference from August 15, 2008 to October 15, 2008 at 10:00 a.m..

Very truly yours,

DENNIS J. HERRERA
City Attorney

/s/

DONALD P. MARGOLIS
Deputy City Attorney

cc:    Kenneth Frucht, Esq.

FOX PLAZA · 1390 MARKET STREET, SIXTH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION:  (415) 554-3800 · FACSIMILE:  (415) 554-3837

n:\lit\li2007\080465\00501341.doc