**CIVIL MINUTES**

**E-filing**

**Judge MAXINE M. CHESNEY**

Date: AUG 29 2008

C-07-3433-MMC

Ronald Green v City & County of San Francisco

Attorneys: Kenneth Frucht / Donald Margolis, Meredith Osborne

Deputy Clerk: **TRACY LUCERO**          Reporter: NOT REPORTED

**PROCEEDINGS:**                                **RULING:**

1. _____  _____

2. _____  _____

3. _____  _____

4. _____  _____

(✓) *Further* Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:   Plntf_____ Deft_____ Court_____

( ) Referred to Magistrate For:_____
        ( )By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date 11/18/08 @ 3:00  Trial Date 12/1/08 @ 9:00  Set for 10-14 days
        Type of Trial: (✓)Jury   ( )Court
Notes: 10/15/08 - Settlement conference before Mag. James.

(25 min)