```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
 3  DONALD P. MARGOLIS, State Bar #116588
    MEREDITH B. OSBORN, State Bar #250467
 4  Deputy City Attorney
    Fox Plaza
 5  1390 Market Street, Sixth Floor
    San Francisco, California 94102-5408
 6  Telephone:    (415) 554-3853
    Facsimile:    (415) 554-3837
 7  E-Mail:       don.margolis@sfgov.org

 8
    Attorneys for Defendants
 9  CITY AND COUNTY OF SAN FRANCISCO,
    THOMAS ABRAHAMSEN, LORENZO ADAMSON,
10  DAVID OBERHOFFER, JERRY KING, MICHAEL
    WILLIAMS
11

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| RONALD GREEN, | Case No. C 07-3433 MMC |
| Plaintiff, | **DECLARATION OF DONALD P. MARGOLIS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO and Does 1-50, inclusive, | Hearing Date:  October 10, 2008<br>Time:          9:00 a.m.<br>Place:         Crtrm 7, 19th Fl. |
| Defendants. | Trial Date:   December 1, 2008 |

I, Donald P. Margolis, declare as follows:

1. I am a deputy city attorney in the San Francisco City Attorney's Office. I am the deputy primarily assigned to handle this case on behalf of the City and County of San Francisco and its Port Commission. By virtue of my direct involvement in the matter, I have personal knowledge of

1  the content of this declaration, and I could and would competently testify to the truth of the matters
2  stated.
3      2.   I attach as Exhibit A true and correct certified copies of excerpts of the transcript of
4  the deposition of plaintiff Ronald Green, which I took on June 3 and August 4, 2008.
5      3.   For the Court's convenience, I attach as Exhibit B a true and correct copy of the
6  complaint plaintiff filed in this action on June 29, 2007.
7      4.   I attach as Exhibit C true and correct certified copies of excerpts of the transcript of the
8  deposition of Erika Falk, which I took on August 11, 2008.
9      5.   I attach as Exhibit D a true and correct certified copy of the transcript of the
10 preliminary hearing, which took place on August 12, 2005, in *People of the State of California v.*
11 *Green*, No. 2228114 (San Francisco County Superior Court).
12     6.   I attach as Exhibit E a true and correct copy of special interrogatories that I
13 propounded to plaintiff on March 3, 2008.
14     7.   I attach as Exhibit F a true and correct copy of plaintiff's responses to the special
15 interrogatories, dated April 15, 2008.
16     I declare under penalty of perjury under the laws of the United States that the foregoing is true
17 and correct, and that I signed this declaration on September 4, 2008, at San Francisco, California.

_____
DONALD P. MARGOLIS