1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   MEREDITH B. OSBORN, State Bar #250467
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3853
   Facsimile:    (415) 554-3837
7  E-Mail:       don.margolis@sfgov.org

8

   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO,
   THOMAS ABRAHAMSEN, LORENZO ADAMSON,
10 DAVID OBERHOFFER, JERRY KING, MICHAEL
   WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RONALD GREEN, | Case No. C 07-3433 MMC |
|---|---|
| Plaintiff, | **DECLARATION OF SERGEANT JOAN SCANNELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO and Does 1-50, inclusive, | Hearing Date:   October 10, 2008<br>Time:           9:00 a.m.<br>Place:          Crtrm 7, 19th Fl. |
| Defendants. | Trial Date:    December 1, 2008 |

I, Joan Scannell, declare as follows:

1.   I am a San Francisco Sheriff's Department sergeant. I have supervisory responsibility over the Central Warrant Bureau, an office of the San Francisco County Sheriff. I have personal knowledge of the contents of this declaration based on personal participation in the incident described and, if called upon to testify, could and would competently testify to its truth.

SCANNELL DECL. SUPPORTING SUMM.
JUDGMENT; CASE NO. C-07-3433                    1                    n:\lit\li2007\080465\00506865.doc

2. The Central Warrant Bureau is responsible for maintaining information on all San Francisco arrest warrants. We maintain a computerized database showing the status of every warrant issued by the San Francisco courts. We are required to update our database so that it reports information we receive from the courts or other reliable sources concerning the status of warrants.

3. I attach as **Exhibit A** a true and correct copy of the original on file in our database of the Warrant Status sheet relating to Ronald S. Green. This printout reveals the history of a warrant for the arrest of Mr. Green. It reveals that on May 25, 1999, Judge Ina Gyemant of the San Francisco County Superior Court issued Warrant No. 9901415B for the arrest of Ronald S. Green, whose date of birth is August 14, 1970. It shows that the court recalled the warrant on July 1, 2005, at approximately 9:55 a.m.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I signed this declaration on September 4, 2008, at San Francisco, California.

_____
JOAN SCANNELL

# EXHIBIT A

```
PRINT T=A38D L=A38D      OPER=      08/29/08 13:53:00 USERID=A2149

LEWS   AWS PROD (Q,P)         AWS: WARRANT STATUS            08/29/08 13:52
-------------------------------------------------------------------------------
WXX: 9901415B         DIST: 38460 SF COUNTY SUPERIOR COURT          DEPT:
DATE: 051399          AUTH: G106 GYEMANT, INA
RECALLD TRAFFIC ORIGINAL    PFN :           CEN:
RESP  ASSGN ORIG      NAME: GREEN, RONALD S
03801 03801 03801     ADDR: 67    RUTH                SAN FRANCISCO CA
RPT#:                       SEX RACE HAI EYE  HGT WGT
BAIL:        618.00   DESC: M   BRO BRO  509 165         DOB: 08/14/1970
INST:                 BEAT:           COPIES:  0
-------------------------------------------------------------------------------
STAT  BY     DATE    TIME    AGNCY COURT DPT/DT/TM -----------COMMENTS----------
 R   55     070105  09.55.35 03801                    RECALLED BY THE CRTS
 N  *CN00*  052599  17.46.02 38460


  ----------------USE THIS AREA TO CHANGE THE WARRANT STATUS-----------------
  _     _____  082908           03801   ___  _____  ____  _____
-------------------------------------------------------------------------------

COMMAND===> _____
F1=HLP  F2=EXTHLP  F3=EXIT  F4=PRMPT  F5=PRNT  F7=BKWD  F8=FWD  F9=DOJ  F12=CAN
```

**SAN FRANCISCO SHERIFF'S DEPARTMENT**
**CERTIFIED COPY**

This is a Verified Copy of the original on file in the central Warrant Bureau

Signature: *Sgt G. Scarsell*

Date: AUG 29 2008

SAN FRANCISCO SHERIFF'S DEPARTMENT
CENTRAL WARRANT BUREAU