1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   MEREDITH B. OSBORN, State Bar #250467
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3853
   Facsimile:    (415) 554-3837
7  E-Mail:       don.margolis@sfgov.org

8

   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO,
   THOMAS ABRAHAMSEN, LORENZO ADAMSON,
10 DAVID OBERHOFFER, JERRY KING, MICHAEL
   WILLIAMS
11

12

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15 | RONALD GREEN,                              | Case No. C 07-3433 MMC
16 |     Plaintiff,                             | **SUPPLEMENTAL DECLARATION OF OFFICER JERRY KING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**
17 | vs.                                        |
18 | CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO and Does 1-50, inclusive, | **EXHIBIT A TO BE FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER PURSUANT TO STIPULATION SIGNED BY JUDGE CHESNEY ON SEPTEMBER 5, 2008**
   |     Defendants.                            |
   |                                            | Hearing Date:    October 10, 2008
   |                                            | Time:            9:00 a.m.
   |                                            | Place:           Crtrm 7, 19th Fl.
   |                                            | 
   |                                            | Trial Date:      December 1, 2008
   |                                            |
   |                                            | Accompanying Document
   |                                            |   EVENT HISTORY DETAIL: 051821042
   |                                            |   SAN FRANCISCO POLICE DEPT

C 07-3433 MMC                                   1                           n:\lit\li2008\080465\00507873.doc

I, Jerry King, declare as follows:

1. I have been an officer of the San Francisco Police Department since 1992, and assigned to the Taraval Division of the Department since 1995. I have personal knowledge of the contents of this declaration based on personal participation in the incident described and, if called upon to testify, could and would competently testify to its truth. This declaration supplements my declaration signed on September 4, 2008, in support of defendants' motion for summary judgment.

2. As stated in my previous declaration, on July 1, 2005, after going to 1 Santa Barbara Avenue, San Francisco in response to a call for service, my fellow officer James Drilon and I obtained the results of an initial identification check of Ronald Green. We learned that there was an outstanding warrant for Mr. Green's arrest. I did not attach to my previous declaration a copy of the computer assisted dispatch ("CAD") printout that revealed the warrant information, because I understood that was confidential criminal history information that could not be shared in this litigation without a court order. I understand that the Court has now issued an order authorizing the distribution of that printed record in this case. Accordingly, I attach as **Exhibit A** a true and correct copy of the CAD printout that Officer Drilon and I relied on to learn that there was an active misdemeanor warrant for Mr. Green's arrest at the time we ran his name. The entry containing that information on Exhibit A is the first one time-stamped 9:27:35, July 1, 2005, which is when we learned that information. According to that entry, there was an "active misdemeanor" warrant for Mr. Green for failure to appear on a speeding ticket.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I signed this declaration on September 9, 2008, at San Francisco, California.

_____
JERRY KING