**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RONALD GREEN,                        No. C-07-3433 MMC

12              Plaintiff,

                                          **ORDER RE: DOCUMENT SUBMITTED**
13      v.                                **FOR FILING UNDER SEAL**

14   CITY AND COUNTY OF SAN FRANCISCO,
     et al.,
15
                Defendants.
16   _____/

17

18        The Court is in receipt of defendants' Exhibit A to Supplemental Declaration of

19   Officer Jerry King in Support of Defendants' Motion for Summary Judgment or Partial

20   Summary Judgment, filed September 9, 2008.  The first page of the document reads, in

21   part:  "This envelope is sealed pursuant to order of the Court."  Pursuant to Civil Local Rule

22   79-5, any party that wishes to file a document under seal must file an Administrative Motion

23   to Seal.  Defendants have not filed such a motion.[1]

24        Accordingly, if defendants wish to file the above-referenced document under seal,

25   they shall file, no later than September 15, 2008, an Administrative Motion to File under

26   _____

27        [1]The Court's order, filed September 5, 2008, did not authorize the sealing of the
     above-referenced document.  The order stated that any document to be filed under seal
28   "shall be filed in sealed envelopes under Civil L.R. 79-5."  (Order, filed Sept. 5, 2008.)
     Defendants have failed to comply with said Rule.

1    Seal in compliance with the Civil Local Rules of this District.  No order to seal will issue in

2    the absence of such motion.  See Civil L.R. 79-5(a).

3

4          **IT IS SO ORDERED.**

5

6    Dated: September 10, 2008                              _____
                                                             MAXINE M. CHESNEY
7                                                            United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28