DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
MEREDITH B. OSBORN, State Bar #250467
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3853
Facsimile:    (415) 554-3837
E-Mail:       don.margolis@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
THOMAS ABRAHAMSEN, LORENZO ADAMSON,
DAVID OBERHOFFER, JERRY KING, MICHAEL
WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GREEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO and Does 1-50, inclusive,<br><br>        Defendants. | Case No. C 07-3433 MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENT CONTAINING CONFIDENTIAL CRIMINAL INFORMATION UNDER SEAL; PROPOSED ORDER**<br><br>**[CIVIL L.R. 7-11]**<br><br>Trial Date:        December 1, 2008<br><br>Summary Judgment<br>Hearing Date:    October 10, 2008 |

Defendants' administrative motion to file documents under seal is GRANTED.  The clerk may file the following item under seal:  EXHIBIT A TO SUPPLEMENTAL DECLARATION OF OFFICER JERRY KING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY

1  JUDGMENT OR PARTIAL SUMMARY JUDGMENT (EVENT HISTORY DETAIL, 051821042
2  SAN FRANCISCO POLICE DEPT).

4      IT IS SO ORDERED.

6  Dated: September __, 2008

By:_____
HONORABLE HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE