1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DONALD P. MARGOLIS, State Bar #116588
   MEREDITH B. OSBORN, State Bar #250467
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3853
   Facsimile:     (415) 554-3837
7  E-Mail:         don.margolis@sfgov.org

8

   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO,
   THOMAS ABRAHAMSEN, LORENZO ADAMSON,
10 DAVID OBERHOFFER, JERRY KING, MICHAEL
   WILLIAMS
11

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15 RONALD GREEN,                        Case No. C 07-3433 MMC

16           Plaintiff,                 [PROPOSED] ORDER GRANTING
                                        DEFENDANTS' ADMINISTRATIVE
17     vs.                              MOTION TO SEAL DOCUMENT
                                        CONTAINING CONFIDENTIAL
18 CITY AND COUNTY OF SAN               CRIMINAL INFORMATION UNDER
   FRANCISCO, THOMAS ABRAHAMSEN,        SEAL; PROPOSED ORDER
19 LORENZO ADAMSON, DAVID
   OBERHOFFER, JERRY KING, MICHAEL      [CIVIL L.R. 7-11]
20 WILLIAMS, RAMON BUNAG, ESTHER
   GRANIZO and Does 1-50, inclusive,
21
            Defendants.                 Trial Date:        December 1, 2008
22
                                        Summary Judgment
23                                      Hearing Date:      October 10, 2008

24
                                                                    shall
25        Defendants' administrative motion to file documents under seal is GRANTED.  The clerk may

26 file the following item under seal:  EXHIBIT A TO SUPPLEMENTAL DECLARATION OF

27 OFFICER JERRY KING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY

28

JUDGMENT OR PARTIAL SUMMARY JUDGMENT (EVENT HISTORY DETAIL, 051821042

SAN FRANCISCO POLICE DEPT).


        IT IS SO ORDERED.


Dated:  September 16, 2008


By: _____
HONORABLE HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE