Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GREEN, <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO, and DOES 1-50, inclusive, <br><br> Defendants. | CASE NO.: C 07-3433 MMC <br><br> APPLICATION AND STIPULATION TO TWO WEEK EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |

    Pursuant to Federal Rule of Civil Procedure 6(b), Civil Local Rules 7-11, Plaintiff requests a two week extension of time to file his opposition to Defendant's Motion for Summary Judgment. Defendants' summary judgment papers were filed on September 5, 2008, and pursuant to Local Rule 7-3, Plaintiff's opposing papers are currently due on September 19, 2008, with a hearing set for October 10, 2008. However, since Defendants moving papers were filed, Plaintiff's attorney Kenneth Frucht has been working full time on an appellate brief that is due on September 18, 2008. Because he has been fully occupied with the appellate brief, Frucht has not had an opportunity to review Defendants motion, and will not have a chance to even look at the papers, let alone begin preparing an opposition, until after the appellate brief is completed and filed.

    Plaintiff's counsel has met and conferred with Defendants' counsel on this issue, and Defendants counsel has agreed to a continuance of the time to respond to the motion for summary judgment, as well as a modification of the corresponding dates as follows:

| | |
|---|---|
| 10/3/08 | Plaintiff's Opposition Papers Due |
| 10/10/08 | Defendants' Reply Papers Due |
| 10/24/08 | Hearing |

Dated: September 16, 2008              LAW OFFICES OF KENNETH FRUCHT


_____/s/_____
Kenneth N. Frucht
Attorney for Plaintiffs


## DECLARATION OF KENNETH FRUCHT

I, Kenneth Frucht, declare as follows, with personal knowledge as to matters upon which I have such knowledge, and upon information and belief as to all other matters herein:

1.     I am an attorney at law duly admitted to practice before all the courts of the State of California and the attorney of record for Plaintiff in the above matter.

2.     All of the matters set forth herein, except as to those matters based upon my information and belief, are known to me personally, and if called as a witness, I could testify competently thereto.

3.     Defendants' summary judgment papers were filed on September 5, 2008. Pursuant to Local Rule 7-3, Plaintiff's opposing papers are currently due on September 19, 2008, with a hearing set for October 10, 2008. However, since Defendants' moving papers were filed, I have been working full time on an appellate brief that is due on September 18, 2008, in the case of Fullerton Medical Group v. Sideman & Bancroft, et al, Appellate Case No. A120934, San Francisco Superior Court Case No. 428693. Because I have been completely occupied with the appellate brief, I have not had an opportunity to even review Defendants motion, and will not have a chance to look at the papers, let alone begin preparing an opposition, until after the appellate brief I am working on is completed and filed.

4.     I spoke with Defendants' counsel Deputy City Attorney Donald Margolis on this

-2-

APPLICATION AND STIPULATION TO EXTENSION

issue, and Mr. Margolis has agreed to a continuance of the time to respond to the motion for summary judgment, as well as a modification of the corresponding dates as follows:

| | |
|---|---|
| 10/3/08 | Plaintiff's Opposition Papers Due |
| 10/10/08 | Defendants' Reply Papers Due |
| 10/24/08 | Hearing |

I declare under penalty of perjury of the laws of the State of California that the aforementioned statements are true and correct and that this declaration was executed on September 16, 2008, in San Francisco, California.


By:_____/s/_____
       KENNETH FRUCHT

-3-
APPLICATION AND STIPULATION TO EXTENSION

Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GREEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO, and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO.: C 07-3433 MMC<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING TWO WEEK EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |

Plaintiff's opposition to Defendants' Motion for Summary Judgment is on currently due on September 19, 2008. Due to time commitments in another case, Plaintiff's counsel has requested, and the parties have agreed to extend the briefing schedule by two weeks. Therefore, the parties by and through their respective counsel, hereby agree to extend the briefing schedule as follows:

10/3/08     Plaintiff's Opposition Papers Due

10/10/08    Defendants' Reply Papers Due

10/24/08    Hearing

_____/s/_____          _____/s/_____
Kenneth Frucht                                      Donald Margolis
Attorney For Plaintiff                            Attorney For Defendants/Respondents

**PROPOSED ORDER**

1  IT IS SO ORDERED

_____
Honorable Maxine M. Chesney
United States District Judge

PROPOSED ORDER