1  Kenneth N. Frucht, State Bar No. 178881
   LAW OFFICES OF KENNETH FRUCHT
2  120 Montgomery Street, Suite 1600
   San Francisco, CA 94104
3  Tel:  (415) 392-4844
   Fax: (415) 392-7973
4

5  ATTORNEY FOR PLAINTIFFS

6              **UNITED STATES DISTRICT COURT**

7           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| **RONALD GREEN,** | **CASE NO.: C 07-3433 MMC** |
| **Plaintiff,** | |
| v. | |
| **CITY AND COUNTY OF SAN FRANCISCO, THOMAS ABRAHAMSEN, LORENZO ADAMSON, DAVID OBERHOFFER, JERRY KING, MICHAEL WILLIAMS, RAMON BUNAG, ESTHER GRANIZO, and DOES 1-50, inclusive,** | **STIPULATION AND [PROPOSED] ORDER GRANTING TWO WEEK EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT ; ORDER CONTINUING HEARING** |
| **Defendants.** | |

Plaintiff's opposition to Defendants' Motion for Summary Judgment is on currently due on September 19, 2008.  Due to time commitments in another case, Plaintiff's counsel has requested, and the parties have agreed to extend the briefing schedule by two weeks.  Therefore, the parties by and through their respective counsel, hereby agree to extend the briefing schedule as follows:

    10/3/08      Plaintiff's Opposition Papers Due

    10/10/08     Defendants' Reply Papers Due

    10/24/08     Hearing

_____/s/_____          _____/s/_____
Kenneth Frucht                       Donald Margolis
Attorney For Plaintiff               Attorney For Defendants/Respondents

IT IS SO ORDERED

Dated: September 18, 2008

                                     _____
                                     Honorable Maxine M. Chesney
                                     United States District Judge

-1-

**PROPOSED ORDER**