IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD GREEN,                               No. C-07-3433 MMC

    Plaintiff,                                      **ORDER OF DISMISSAL**

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

    The parties having advised the Court that they have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that plaintiff's claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    The Pretrial Conference scheduled for November 18, 2008 is VACATED.

    **IT IS SO ORDERED.**

Dated: October 15, 2008

MAXINE M. CHESNEY
United States District Judge